FILED
4/29/2024 9:57 AM
2024EV000136

*Lori Grubbs*
Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS

| | |
|---|---|
| BKA HOLDINGS, LLC, an Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT SAM and KAREN SAM, & Unknown Occupants <br><br> Defendants. | Case No. 2024 EV 136 |

## MOTION FOR SUMMARY JUDGMENT ON POSSESSION

NOW COME the DEFENDANTS, MELISSA MOBILE, BKA HOLDINGS, LLC, through their attorney, CRONAUER LAW, LLP, and in support of its motion for summary judgment as to possession, states:

Summary judgment should be granted if the pleadings, affidavits, depositions, admissions, and exhibits on file show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. *Nowak v. Coghill*, 296 Ill. App. 3d 886, 892 (2d Dist. 1998). 735 ILCS 5/2-1005(d) provides for a summary determination of major issues. If the court determines that there is no genuine issue of material fact as to one or more of the major issues in the case, but that substantial controversy exists with respect to other major issues, or if a party moves for a summary determination of one or more, but less than all, of the major issues in the case, and the court finds that there is no genuine issue of material fact as to that issue or those issues, the court shall thereupon draw an order specifying the major issue or issues that appear without substantial controversy, and directing such further proceedings upon the remaining undetermined issues as are just.

735 ILCS 5/9-102 provides that person's entitled to the possession of lands or tenements may be restored when forcible entry is made thereon. Plaintiff's complaint alleges, *inter alia*, unpaid rent going back to 2022. On April 20, 2023, Defendant Karen Sam filed a bankruptcy petition, under oath with penalty of perjury, admitting that rent in the amount of $10,000 is due to Plaintiff. *See* Exhibit A, at 9. *See also Kurczaba v. Pollock*, 318 Ill. App. 3d 686, 702 (2000) (upon submission to the clerk of the court, a document becomes a part of the public record.) Karen Sam's debts were discharged in bankruptcy on August 8, 2023. *See* Ex. B.

Karen Sam's admission to $10,000 in rent being owed to Plaintiff in her bankruptcy petition sworn under penalty of perjury entitles Plaintiff to possession of the premises for breach of the lease. Summary judgment permitting forcible entry and detainer in order to regain possession of the property must be issued because there is no genuine issue as to any material fact and Plaintiff is entitled to judgment as a matter of law given that the Defendants are in unrefutable breach of the lease attached to the complaint. No issue of material fact exists as to their breach of the lease terms to pay rent. The determination of any rent due by Robert Sam, since no bankruptcy petition was filed, and any amount due by Karen Sam after her bankruptcy discharge can be determined at a future date and hearing. A partial order for summary judgment however must be entered for the forcible entry and detainer of the subject premises given Defendants are unlawfully withholding from Plaintiff in violation of their lease.

Respectfully Submitted,

/s/ C. Nicholas Cronauer

_____

CRONAUER LAW, LLP
1101 De Kalb Ave., Suite 2

Sycamore, Illinois 60178
Telephone: (815) 895-8585
Facsimile: (815) 895-4070
NC@cronauerlaw.com
Service@cronauerlaw.com