# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
|     KAREN AUSKI-SAM | ) | |
| | ) | |
|     Debtor | ) | Case No.: 23 BK 80459 |

## **SUPPLEMENTAL EXHIBIT IN SUPPORT OF CREDITOR'S OBJECTION**

Now comes Creditor/Respondent BKA Holdings, LLC and Melissa Mobile, through undersigned Counsel, and in support of their objection to re-opening Debtor's Chapter 7 Bankruptcy for the lack of good cause, submits the following supplemental exhibit to the pending objection, as Exhibit 2, being a court order from the De Kalb County eviction case, 24 EV 136, dated June 10, 2024.

                                                                       Respectfully Submitted,

                                                                 By: /s/ C. Nicholas Cronauer
                                                                              One of its Attorneys

CRONAUER LAW, LLP
1101 DeKalb Ave., Suite 2
Sycamore, IL 60178
(815) 895-8585 / (815) 895-4070 Fax