IN THE CIRCUIT COURT FOR THE TWENTY-THIRD
JUDICIAL CIRCUIT
DEKALB COUNTY, ILLINOIS

BKA Holdings
Plaintiff(s)

vs.

Sam
Defendant(s)

Case No. 24 EV 136

**FILED IN OPEN COURT**

JUN 10 2024

Lori Grubbs
Clerk of the Circuit Court
DeKalb County, Illinois

## BLANK ORDER

| JUDGE: Konen | COURT REPORTER: | PLAINTIFF ATTORNEY: Cronauer |
|---|---|---|
| DEPUTY CLERK: | COPY OF ORDER SENT TO: | DEFENDANT ATTORNEY: Pro Se |

- For the reasons stated on the record, DS motions are denied. However, as it relates to Karen Sam no damages will be sought for any discharged debt from bankruptcy.
- π granted leave to file partial summary judgment on possession Δ to respond by 7/1/24 π to file on 6/14/24.
- Hearing on PSJ re: possession on 7/12/24 @ 3:00 p.m. in Room 100.

Dated this 10 day of June, 2024

Prepared by:
Name: _____ SRL ☐
Address: _____
City: _____ State: _____
Phone: _____ Zip: _____
ARDC #: _____
E-mail address: _____
Dated: _____

Entered: _Jill Konen_
Judge

Blank Order
Rev. 12-16-2020

Exhibit 2